E-FILED
Monday, 20 August, 2018  05:03:25 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

STEVEN WILLIAMS,                        )
                                        )
                Plaintiff,              )
                                        )
        v.                              )       No. 3:18 cv 3210
                                        )
NATIONAL RAILROAD PASSENGER             )
CORPORATION, a/k/a AMTRAK,              )
                                        )
                Defendant.              )

## C O M P L A I N T

NOW COMES the Plaintiff, STEVEN WILLIAMS, by his attorneys, Wolter, Beeman, Lynch & Londrigan, LLP, and as his Complaint against Defendant NATIONAL RAILROAD PASSENGER CORPORATION states as follows:

1.    The Federal Court has jurisdiction over this matter as Amtrak was incorporated by an act of Congress and the United States owns a majority of its stock (28 U.S.C. 1349).

2.    All of the events referenced herein occurred in Springfield, Sangamon County, Illinois.

3.    On August 23, 2016 Plaintiff, who was using a walker, attempted to board a northbound Amtrak train by using the lift owned and operated by Amtrak.

4.    At said time and place the Defendant was a common carrier and owed to Plaintiff and all other passengers the highest degree of care to protect them from injury.

5.    Amtrak created, maintained, or allowed to exist a dangerous condition by using a lift which did not properly function.

6.    While attempting to board the Amtrak train in question the lift being operated by an Amtrak employee malfunctioned, causing Plaintiff to fall backwards and hit his head.

7.    As a proximate result of Defendant's negligence, Plaintiff was injured, experienced and will experience pain and suffering, has incurred and will incur medical bills and expenses, has lost and will continue to lose wages, has been disabled, and has otherwise been injured and damaged.

WHEREFORE, Plaintiff prays for judgment against Defendant for an amount in excess of $50,000.00.

**PLAINTIFF DEMANDS TRIAL BY JURY**

STEVEN WILLIAMS, Plaintiff

BY: /s/ *Randall A. Wolter*
WOLTER, BEEMAN, LYNCH & LONDRIGAN
His Attorneys

RANDALL A. WOLTER
WOLTER, BEEMAN, LYNCH & LONDRIGAN
Attorneys for Plaintiff
1001 South Sixth Street
Springfield, IL 62703
Telephone: 217-753-4220
rwolter@wbllawyers.com
s:\work\wolter\l clients\p.i\williams, steven file 2218\pleadings\complaint.docx