


IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

| | | |
|---|---|---|
| STEVEN WILLIAMS, | \| | Case No. 1:14-cv-00805 |
| Plaintiff; | \| | Case No. 3:18-cv-3210 |
| | \| | Honorable Virginia M. Kendall |
| v. | \| | Honorable Edmond E. Chang |
| | \| | Honorable Sue E. Myerscough |
| NATIONAL RAILROAD | \| | Honorable Tom Schanzle-Haskins |
| PASSENGER CORPORATION | \| | Honorable Karen L. McNaught |
| and GARAVELLI | \| | |
| ENTERPRISES, INC., et.al. | \| | |

*Jadacia L. Isom*
10/9/25



Notary Public, State of Illinois
Official Seal
Jadacia L Isom
Commission # 1009011
My Commission Expires 4/23/2029

## Synopsis of both Amtrak cases

1. The local police maliciously inserted Artificial Intelligence (AI) into my stomach, because I was dating a white woman.
2. It is illegal to insert AI into human beings.
3. Mr. Steven Williams has been a patient in every hospital in the state of Illinois.
4. Mr. Steven Williams has also been a patient at the Mayo Clinic, the Cleveland Clinic, John Hopkins Hospital, and Massachusetts General Hospital.
5. Medical professionals had to know that AI was seen in Mr. Steven Williams' stomach.
6. Mr. Steven Williams has had numerous CT scans, which can cause cancer.
7. Mr. Steven Williams has also had numerous MRIs performed.
8. No professional entity has ever helped Mr. Steven Williams to rid AI from his body.
9. No attorneys involved with either case have ever purchased medical records.
10. Mr. Steven Williams was forced to take a medical leave from his studies while attending DuPaul University, pursuing dual professional degrees, a Bachelor of Arts and a Master's Degree in Political Science.
11. Both Amtrak cases have corruption in them.
12. Mr. Steven Williams has had AI inserted into his body since 2010. The AI was inserted in Springfield, Illinois.
13. Mr. Steven Williams does not know the remainder of time that he has left to live.
14. The people operating the AI computers have destroyed Mr. Steven Williams' teeth.
15. There are two houses on (Ledlie Avenue) in Springfield, Illinois that operate the AI. One house is located at 1235 Ledlie Avenue. This house is a light tan upstairs unit. 1235 Ledlie Avenue houses the AI computers and the operators. There also is a yellow house across the street from this same location that houses the overseer.

16. Both houses on Ledlie Avenue operate 24 hours a day and 365 days out of the year: never ceasing operations. The AI operators in these houses smoke homemade Methamphetamine in order to stay awake.
17. The AI operators all have HIV (1,2), and Hepatitis C.
18. All of Mr. Steven Williams' personal electronic property has a computer on it (TV, house phone, cell phone, and 3 wheelchairs).
19. Mr. Steven Williams and his family all pray for a swift federal investigation, quick resolution and justice for him.
20. Mr. Steven Williams has not been fairly compensated for the injustices that he has endured.
21. Mr. Steven Williams has been to the FBI numerous times in Washington, DC and has not received any help or counsel.

Contact Information for Mr. Steven Williams:

P.O. BOX 14863

Chicago Illinois 60614

P. O Box 5683

Springfield, Illinois 62705

Cell:

(217) 816-9154

(312) 371-2931

(202) 787-8449

*Jadacia L. Isom*
10/9/25



Notary Public, State of Illinois
Official Seal
Jadacia L Isom
Commission # 1009011
My Commission Expires 4/23/2029

cc:

Trump Administration

Biden Administration

16. Both houses on Ledlie Avenue operate 24 hours a day and 365 days out of the year: never ceasing operations. The AI operators in these houses smoke homemade Methamphetamine in order to stay awake.
17. The AI operators all have HIV (1,2), and Hepatitis C.
18. All of Mr. Steven Williams' personal electronic property has a computer on it (TV, house phone, cell phone, and 3 wheelchairs).
19. Mr. Steven Williams and his family all pray for a swift federal investigation, quick resolution and justice for him.
20. Mr. Steven Williams has not been fairly compensated for the injustices that he has endured.
21. Mr. Steven Williams has been to the FBI numerous times in Washington, DC and has not received any help or counsel.

Contact Information for Mr. Steven Williams:

P.O. BOX 14863

Chicago Illinois 60614

P. O Box 5683

Springfield, Illinois 62705

Cell:

(217) 816-9154

(312) 371-2931

(202) 787-8449

cc:

Trump Administration

Biden Administration

3

Obama Administration

K&L Gates LLP, Headquarters

Chicago, Illinois Office

Attorney Paul Episcope, ESQ

Attorney James Montgomery, Jr.

Attorney Eric Jones

Clifford Law Offices

Law Office of Attorney Christopher Cooper, Inc

Attorney Patrick J. Sheehan, III

Attorney Randall A Wolter

U.S. Senator Dick Durbin


Respectfully,

*Steven A. Williams* (signature)

Steven A. Williams/Family

*Jadacia L. Isom* (signature)
10/9/25

Notary Public, State of Illinois
Official Seal
Jadacia L Isom
Commission # 1009011
Commission Expires 4/23/20__

4